IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DEVIN BRANDIS PUGH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:25cv12-MHT** |
| ) | **(WO)** |
| **HHH MOTORCYCLE SELLER,** ) | |
| ) | |
| Defendant. ) | |

## OPINION

Plaintiff filed this lawsuit asserting that someone sold him a defective and damaged motorcycle on Amazon Marketplace.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of July, 2025.

                                              /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**